```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 15263
   SHENETHA HERRON
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8026

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/22/2007 and was confirmed 10/15/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/16/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME                  CLASS            CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                      PAID           PAID
--------------------------------------------------------------------------------
 AFNI INC                       UNSECURED        NOT FILED              .00             .00
 TCF NATIONAL BANK              UNSECURED        NOT FILED              .00             .00
 HOLLYWOOD VIDEO                UNSECURED        NOT FILED              .00             .00
 HOLLYWOOD VIDEO                UNSECURED        NOT FILED              .00             .00
 FIRST BK OF DE CONTINE         UNSECURED        NOT FILED              .00             .00
 WESTLAKE HOSPITAL              UNSECURED          3849.25              .00             .00
 WESTLAKE HOSPITAL              UNSECURED        NOT FILED              .00             .00
 WESTLAKE HOSPITAL              UNSECURED        NOT FILED              .00             .00
 WESTLAKE HOSPITAL              UNSECURED        NOT FILED              .00             .00
 ILLINOIS STATE HIGHWAY A       UNSECURED          5440.90              .00             .00
 MEDICAL BUSINESS BUREAU        UNSECURED        NOT FILED              .00             .00
 COMMONWEALTH EDISON            UNSECURED        NOT FILED              .00             .00
 NICOR GAS                      UNSECURED           693.65              .00             .00
 JEFFERSON CAPITAL SYSTEM       UNSECURED           484.17              .00             .00
 UNITED AUTO CREDIT             UNSECURED        NOT FILED              .00             .00
 VILLAGE OF MAYWOOD             UNSECURED        NOT FILED              .00             .00
 ASSET ACCEPTANCE LLC           UNSECURED           143.53              .00             .00
 ILLINOIS SECRETARY OF ST       UNSECURED        NOT FILED              .00             .00
 B-REAL LLC                     UNSECURED           338.38              .00             .00
 ROUNDUP FUNDING LLC            UNSECURED           323.00              .00             .00
 ASSET ACCEPTANCE LLC           UNSECURED            25.00              .00             .00
 ROBERT J SEMRAD & ASSOC        DEBTOR ATTY       2,843.00                           759.70
 TOM VAUGHN                     TRUSTEE                                               54.30
 DEBTOR REFUND                  REFUND                                                  .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE                         814.00

 PRIORITY                                                   .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 15263 SHENETHA HERRON
```

```
SECURED                                                                  .00
UNSECURED                                                                .00
ADMINISTRATIVE                                                        759.70
TRUSTEE COMPENSATION                                                   54.30
DEBTOR REFUND                                                            .00
                                        ----------------      ----------------
TOTALS                                            814.00                814.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 09/24/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```

                              PAGE   2
       CASE NO. 07 B 15263 SHENETHA HERRON